# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2022 KW 0282

VERSUS

THERON HUNTER                                          **JULY 5, 2022**

---

In Re:      Theron Hunter, applying for supervisory writs, 22nd
            Judicial District Court, Parish of St. Tammany, No.
            332,644.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

    **WRIT DENIED.**

                                    **PMc**
                                    **JEW**
                                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT